IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING E-GOLD ACCOUNT NUMBERS: 2636005, 2825136 and 2828872,<br><br>Defendant,<br><br>-and-<br><br>LEGISI HOLDINGS, LLC<br><br>Claimant. | Civil Action No. 07-01346 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    PLEASE ENTER THE APPEARANCE of

> William P. McGrath, Jr.
>     DC Bar No. 422160
> Porter Wright Morris & Arthur LLP
> 1919 Pennsylvania Avenue NW
> Suite 500
> Washington, DC 20006-3434
> Telephone: 202 778-3000
> Facsimile: 202 778-3063
> E-mail: wmcgrath@porterwright.com

as counsel for Claimant Legisi Holdings, LLC.

-2-

Dated: September 5, 2007                    Respectfully submitted,

                                                        PORTER WRIGHT MORRIS & ARTHUR

By:     /s/
      William P. McGrath, Jr.
        Bar No. 012220
           wmcgrath@porterwright.com
    1919 Pennsylvania Avenue NW
    Suite 500
    Washington, DC 20006-3434
    202 778-3000 Telephone
    202 778-3063 Fax

ATTORNEYS FOR CLAIMANT
LEGISI HOLDINGS, LLC

-3-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was served this 5th day of September, 2007 via the Court's electronic filing system upon the following counsel:

>William Rakestraw Cowden
>U.S. ATTORNEY'S OFFICE
>555 Fourth Street, NW
>Washington, DC 20530
>Email: william.cowden@usdoj.gov

/s/
William P. McGrath, Jr.

-3-