UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                Plaintiff,

    v.                                           Civil Action No. 07-01346

ALL PROPERTY IN/UNDERLYING E-GOLD      Hon. Rosemary M. Collyer
ACCOUNT NUMBERS:
2636005, 2825136 AND 2828872,

                Defendant, and

LEGISI HOLDINGS, LLC,

                Claimant.
------------------------------------------------------------ x

## CLAIMAINT'S MOTION FOR ADMISSION PRO HAC VICE

Pursuant to the Rules of this Court, including Local Rule 83.2(d), *claimant* respectfully requests that this Court enter an Order allowing Richard A. Roth and Betsy K. Silverstine of the law firm The Roth Law Firm, PLLC to appear pro hac vice in this action. In further support of their motion, *claimant* submits the attached Memorandum of Points and Authorities and Declarations of Richard A. Roth and Betsy K. Silverstine.

Dated: September 5, 2007                 Respectfully Submitted,

                                              PORTER WRIGHT MORRIS & ARTHUR

                                              By: *[signature]*
                                                  William P. McGrath, Jr.
                                                       (DC Bar No. 422160)
                                               1919 Pennsylvania Avenue NW
                                               Suite 500
                                               Washington, DC  20006-3434
                                               Telephone:    202 778-3000
                                               Fax:                 202 778-3063

                                               ATTORNEYS FOR CLAIMANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

         Plaintiff,

         Civil Action No. 07-01346

v.

         Hon. Rosemary M. Collyer

ALL PROPERTY IN/UNDERLYING E-GOLD
ACCOUNT NUMBERS:
2636005, 2825136 AND 2828872,

         Defendant, and

LEGISI HOLDINGS, LLC,

         Claimant.

------------------------------------------------------------- x

### CLAIMANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR ADMISSION PRO HAC VICE

Pursuant to the Rules of this Court, including Local Rule 83.2, *claimant* respectfully request that this Court enter an Order allowing Richard A. Roth and Betsy K. Silverstine of the law firm The Roth Law Firm, PLLC to appear pro hac vice in this action. In further support of the motion, *claimant* submits the attached Declaration.

1. As set forth in the attached Declaration, Richard A. Roth is licensed to practice in (and is a member in good standing of the bar of) the state of New York.

2. As set forth in the attached Declaration, Betsy K. Silverstine is licensed to practice in (and is a member in good standing of the bar of) the state of Florida.

2. Richard A. Roth and Betsy K. Silverstine will abide by the Rules of this Court, including Rule 83.2. William P. McGrath, Jr. (DC Bar No. 422160) of the law firm Porter Wright Morris & Arthur, 1919 Pennsylvania Avenue NW, Suite 500, Washington, DC 20006-3636) will be acting as local counsel for *claimant* in this action.

-2-

WHEREFORE, for the foregoing reasons, *claimant* respectfully requests that this Court enter an order allowing Richard A. Roth and Betsy K. Silverstine to appear as pro hac vice in this action.

Dated: September 5, 2007          Respectfully Submitted,

PORTER WRIGHT MORRIS & ARTHUR

By: *[signature]*
William P. McGrath, Jr.
   (DC Bar No. 422160)
1919 Pennsylvania Avenue NW
Suite 500
Washington, DC 20006-3434
Telephone:   202 778-3000
Fax:           202 778-3063

ATTORNEYS FOR CLAIMANT

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Claimant's Motion for Admission Pro Hac Vice and Claimant's Memorandum of Points and Authorities for Admission Pro Hac Vice (and supporting Declaration) were served this 5th day of September, 2007, via the Court's electronic filing system on:

        William Rakestraw Cowden
        U.S. ATTORNEY'S OFFICE
        555 Fourth Street, NW
        Washington, DC 20530
        Email: william.cowden@usdoj.gov

                                                  /s/
                                        William P. McGrath, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

ALL PROPERTY IN/UNDERLYING E-GOLD
ACCOUNT NUMBERS:
2636005, 2825136 AND 2828872,

          Defendant, and

LEGISI HOLDINGS, LLC,

          Claimant.

------------------------------------------------------------- x

Civil Action No. 07-01346

Hon. Rosemary M. Collyer

### DECLARATION OF RICHARD A. ROTH
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Richard A. Roth under penalty of perjury hereby declares:

1.     I am submitting this Declaration in support of *claimant's* Motion for Admission Pro Hac Vice in this matter. My address and telephone number are:

> Richard Allen Roth
> THE ROTH LAW FIRM, PLLC
> 545 Fifth Avenue, Suite 960
> New York, New York, 10017
> (212) 542-8882
> rich@rrothlaw.com

2.     I am a member in good standing of the following bars: New York State.

3.     I hereby certify that I have not been disciplined by any bar.

4.     In the last two years from the date of this Declaration, I have been admitted pro hac vice in this Court zero times.

5. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and I do not have an application for membership to the District of Columbia Bar pending.

6. I respectfully request that this Court enter an order allowing me to appear as pro hac vice in this action.

Pursuant to 28 U.S.C. § 1746, I declare under
penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2007

Richard A. Roth

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

ALL PROPERTY IN/UNDERLYING E-GOLD
ACCOUNT NUMBERS:
2636005, 2825136 AND 2828872,

          Defendant, and

LEGISI HOLDINGS, LLC,

          Claimant.

------------------------------------------------------------ x

Civil Action No. 07-01346

Hon. Rosemary M. Collyer

## DECLARATION OF BETSY K. SILVERSTINE
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Betsy K. Silverstine under penalty of perjury hereby declares:

1.    I am submitting this Declaration in support of *claimant's* Motion for Admission Pro Hac Vice in this matter.

        Betsy Kim Silverstine
        THE ROTH LAW FIRM, PLLC
        545 Fifth Avenue, Suite 960
        New York, New York, 10017
        (212) 542-8882
        betsy@rrothlaw.com

2.    I am a member in good standing of the following bars: Florida State.

3.    I hereby certify that I have not been disciplined by any bar.

4.    In the last two years from the date of this Declaration, I have been admitted pro hac vice in this Court zero times.

5. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and I do not have an application for membership to the District of Columbia Bar pending.

6. I respectfully request that this Court enter an order allowing me to appear as <u>pro hac vice</u> in this action.

Pursuant to 28 U.S.C. § 1746, I declare under
penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2007

_____
Betsy K. Silverstine