**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,                                    :

                    Plaintiff,      :

                                Civil Action No. 07-01346

     v.                                                         :

                                Hon. Rosemary M. Collyer

ALL PROPERTY IN/UNDERLYING E-GOLD           :
ACCOUNT NUMBERS:
2636005, 2825136 AND 2828872,                               :

               Defendant, and      :

LEGISI HOLDINGS, LLC,                                        :

               Claimant.      :

-------------------------------------------------------------- x

## CLAIMANT LEGISI HOLDING, LLC'S VERIFIED STATEMENT

Pursuant to Rule C(6), Supplemental Rules, Federal Rules of Civil Procedure, Claimant, Legisi Holdings, LLC ("Claimant"), hereby asserts its interest and right in, and demands restitution of, all funds plus interest contained in e-gold account numbers 2636005, 2825136 and 2828872, last valued collectively at $1,769,264.19 in United States currency, held in the name of Legisi Holdings, LLC, and claims the right to defend this action. In support of Claimant's verified statement, Claimant asserts that:

1.     Claimant is the rightful owner and named accountholder of all funds plus interest contained in e-gold account numbers 2636005, 2825136 and 2828872, last valued collectively at $1,769,264.19 in United States currency, held in the name of Legisi Holdings, LLC.

2.     By virtue of Claimant's ownership of all funds plus interest contained in e-gold account numbers 2636005, 2825136 and 2828872, last valued collectively at $1,769,264.19 in

United States currency, held in the name of Legisi Holdings, LLC, Claimant demands restitution and the right to defend this action.

      3.    Attorney Richard A. Roth is authorized to make this verified statement of behalf of Claimant.

Dated: September 5, 2007

Respectfully Submitted,

PORTER WRIGHT MORRIS & ARTHUR

By: _____

      William P. McGrath, Jr.
        (DC Bar No. 422160)
      1919 Pennsylvania Avenue NW
      Suite 500
      Washington, DC  20006-3434
      Telephone:    202 778-3000
      Fax:        202 778-3063

THE ROTH LAW FIRM, PLLC

By: _____

      Richard A. Roth*
      Betsy K. Silverstine*
      545 Fifth Avenue, Suite 960
      New York, New York, 10017
      Telephone:    212 542-8882
      Fax:        212 542-8883

*Pro hac vice admission pending

ATTORNEYS FOR CLAIMANT

**<u>VERIFICATION</u>**

I am an attorney with the Roth Law Firm, PLLC, counsel to Claimant Legisi Holdings, LLC, a party to this action, and am authorized by Legisi Holdings, LLC to file this verified statement for and on its behalf, and I make this verification for that reason.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 5, 2007

Respectfully Submitted,

THE ROTH LAW FIRM, PLLC

By: _____

Richard A. Roth*
Betsy K. Silverstine*
545 Fifth Avenue, Suite 960
New York, New York, 10017
Telephone:    212 542-8882
Fax:          212 542-8883

*Pro hac vice admission pending

ATTORNEYS FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Claimant Legisi Holding LLC's Verified Statement was served this 5th day of September, 2007 via the Court's electronic filing system upon the following counsel:

> William Rakestraw Cowden
> U.S. ATTORNEY'S OFFICE
> 555 Fourth Street, NW
> Washington, DC 20530
> Email: william.cowden@usdoj.gov


/s/
William P. McGrath, Jr.