# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

-------------------------------------------- x

UNITED STATES OF AMERICA,                    :

            Plaintiff,              :

                      Civil Action No. 07-01346

    v.                                      :

                      Hon. Rosemary M. Collyer

ALL PROPERTY IN/UNDERLYING E-GOLD          :
ACCOUNT NUMBERS:
2636005, 2825136 AND 2828872,              :

           Defendant, and          :

LEGISI HOLDINGS, LLC,                        :

           Claimant.                :

-------------------------------------------- x

## CLAIMANT LEGISI HOLDING, LLC'S VERIFIED CLAIM

Pursuant to Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, Claimant, Legisi Holdings, LLC ("Claimant"), hereby asserts its interest and right in, and demands restitution of, all funds plus interest contained in e-gold account numbers 2636005, 2825136 and 2828872, last valued collectively at $1,769,264.19 in United States currency, held in the name of Legisi Holdings, LLC, and claims the right to defend this action. In support of its Claim, Claimant asserts that:

    (A)    The specific property claimed is all funds plus interest contained in e-gold account numbers 2636005, 2825136 and 2828872, last valued collectively at $1,769,264.19 in United States currency.

    (B)    Claimant is the rightful owner and named accountholder of all funds plus interest contained in e-gold account numbers 2636005, 2825136 and 2828872, last valued collectively at $1,769,264.19 in United States currency.

(C)    I, Gregory McKnight, President of Legisi Holdings, LLC, declare under penalty of perjury that the foregoing is true and correct.

Gregory McKnight

Before me this ___
Day of September 2007

Notary Public
My Commission Expires: 12/16/2011



Respectfully Submitted,

PORTER WRIGHT MORRIS & ARTHUR

By:    William P. McGrath, Jr.
          (DC Bar No. 422160)
       1919 Pennsylvania Avenue NW
       Suite 500
       Washington, DC  20006-3434
       Telephone:    202 778-3000
       Fax:          202 778-3063

THE ROTH LAW FIRM, PLLC

By:    Richard A. Roth
       545 Fifth Avenue, Suite 960
       New York, New York, 10017
       Telephone:    212 542-8882
       Fax:          212 542-8883

ATTORNEYS FOR CLAIMANT

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Claimant Legisi Holding, LLC's Verified Claim was served this 11th day of September, 2007 via the Court's electronic filing system upon the following counsel:

William Rakestraw Cowden
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
Email: william.cowden@usdoj.gov


William P. McGrath, Jr.