## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Civil Action No. 07-01346 (RMC)** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ALL PROPERTY IN/UNDERLYING** | ) | |
| **E-GOLD ACCOUNT NUMBERS:** | ) | |
| | ) | |
| **2636005, 2825136 AND 2828872,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

---

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE
## PLAINTIFF'S OPPOSITION TO CLAIMANT'S MOTION DISMISS

---

Plaintiff hereby moves this Court for a 2-day enlargement of time within which to file its Opposition to Claimant's Motion to Dismiss.  Subsequent to claimant's filing of its Motion to Dismiss, Plaintiff served "Special Interrogatories" on claimant as permitted by Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  Based on the timing of claimant's response to the special interrogatories, plaintiff's Opposition is presently due today, but the take-down of a significant fraud investigation (made public this week), which involved numerous search and seizure warrants, has delayed completion of the government's Opposition in this case.  Defendant requests that its Opposition be made due on the first business day next week, which is (given the intervening holiday falling on Monday, November 12) November 13, 2007.

Claimant's counsel, William P. McGrath, Jr., has indicated that claimant does not oppose plaintiff's request.

WHEREFORE, plaintiff respectfully requests that the Court grant the requested

enlargement.  A proposed Order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

/s/

_____

WILLIAM R. COWDEN
LAUREL LOOMIS RIMON
Assistant United States Attorneys
555 4th Street, N.W.
Washington, DC 20530
(202) 307-0258

## CERTIFICATE OF SERVICE

I hereby certify that on this  8th  day of November 2007, I caused a true and correct copy
of the foregoing motion to be served upon counsel of record for claimant by means of the Court's
Electronic Case Filing system.

/s/_____
William R. Cowden
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Civil Action No. 07-01346 (RMC)** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ALL PROPERTY IN/UNDERLYING** | ) | |
| **E-GOLD ACCOUNT NUMBERS:** | ) | |
| | ) | |
| **2636005, 2825136 AND 2828872,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of plaintiff's Unopposed Motion for Enlargement of Time to File

Plaintiff's Opposition to Claimant's Motion to Dismiss, and for good cause shown, it is this _____

day of _____, hereby

ORDERED that motion is hereby GRANTED.  Plaintiff's Opposition is due for filing on

or before November 13, 2007.

_____
ROSEMARY M. COLLYER
United States District Judge

ECF copies to counsel