IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                         )<br>                                                                     )<br>           Plaintiff,                                           )<br>                                                                     )<br>     v.                                                            )<br>                                                                     )<br>ALL PROPERTY IN/UNDERLYING          )<br>E-GOLD ACCOUNT NUMBERS:              )<br>2636005, 2825136 and 2828872,                )<br>                                                                     )<br>           Defendant,                                        )<br>                                                                     )<br>     -and-                                                      )<br>                                                                     )<br>LEGISI HOLDINGS, LLC                              )<br>                                                                     )<br>           Claimant.                                         )<br>                                                                     ) | Civil Action No. 07-01346 |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
FOR CLAIMANT LEGISI HOLDINGS LLC TO FILE ITS
REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS**

Claimant Legisi Holdings LLC ("Claimant" or "Legisi Holdings") respectfully requests a brief enlargement of time (to Monday, November 26, 2007) within which to file its Reply Memorandum in Support of its Motion to Dismiss. The Government filed its Opposition to the Motion to Dismiss on Tuesday, November 13, 2007 and Legisi Holding's Reply Memorandum would ordinarily be due on November 20, 2007.

Due to a number of deadlines in other matters, Legisi Holdings respectfully requests a brief extension and that it be permitted to file its Reply Brief on Monday, November 26, 2007.

In a telephone conversation on November 20, 2007, counsel for the Government, William Cowden, stated that the Government does not oppose this request.

WHEREFORE, Claimant respectfully requests that the Court grant the requested extension. A proposed Order is attached.

Dated: November 20, 2007                                Respectfully submitted,

THE ROTH LAW FIRM, PLLC                                 PORTER WRIGHT MORRIS & ARTHUR


By: _____/s/_____                             By: _____/s/_____
    Richard A. Roth                                         William P. McGrath, Jr.
    rich@rrothlaw.com                                       Bar No. 012220
    Betsy K. Silverstine                                    wmcgrath@porterwright.com
    545 Fifth Avenue                                        1919 Pennsylvania Avenue NW
    Suite 960                                               Suite 500
    New York, NY 10017                                      Washington, DC 20006-3434
    Telephone:   212 542-8882                               Telephone:   202 778-3000
    Fax:         212 542-8883                               Fax:         202 778-3063

                                                        ATTORNEYS FOR CLAIMANT
                                                        LEGISI HOLDINGS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Unopposed Motion For An Extension Of Time For Claimant Legisi Holdings LLC To File Its Reply Memorandum In Support Of Its Motion To Dismiss and Proposed Order was served this 20th day of November 2007 via the Court's electronic filing system upon the following counsel:

> William Rakestraw Cowden
> U.S. ATTORNEY'S OFFICE
> 555 Fourth Street, NW
> Washington, DC 20530
> Email: william.cowden@usdoj.gov


                                                        _____/s/_____
                                                        William P. McGrath, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL PROPERTY IN/UNDERLYING )<br>E-GOLD ACCOUNT NUMBERS: )<br>2636005, 2825136 and 2828872, )<br>)<br>Defendant, )<br>)<br>-and- )<br>)<br>LEGISI HOLDINGS, LLC )<br>)<br>Claimant. )<br>) | Civil Action No. 07-01346 |

## ORDER

Upon Consideration of Unopposed Motion For An Extension Of Time For Claimant Legisi Holdings LLC To File Its Reply Memorandum In Support Of Its Motion To Dismiss and for good cause showing, it is hereby ORDERED that:

1. the Motion is granted; and

2. the time by which Claimant Legisi Holdings LLC must file its Reply Memorandum in Support of Its Motion to Dismiss is hereby extended to Monday, November 26, 2007.

ROSEMARY M. COLLYER
United States District Judge

ECF copies to counsel