

# Department of the Treasury
### *Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLANTIFF   United States of America | COURT CASE NUMBER   07cv01346 (RMC) |
|---|---|

| DEFENDANT All Property in E-Gold Account Numbers 2636005, 2825136 and 2828872 | TYPE OF PROCESS Verified Complaint for Forfeiture in Rem |
|---|---|

| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE. |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) $1,769,264.19 in U.S. Currency |

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| William R. Cowden<br>Laurel Loomis Rimon<br>Assistant United States Attorneys<br>555 4th Street, NW, Room 4824<br>Washington, DC  20530 | NUMBER OF PROCESS TO BE | |
| | SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE | |
| | SERVED IN THIS CASE | 1 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Agency Case No. 327-774-8703-S

| Signature of Attorney or other Originator requesting service on behalf of: ( X ) Plaintiff ( ) Defendant<br>William R. Cowden | TELEPHONE NO.<br>(202) 307-0258 | DATE<br>8/23/2007 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin<br>No. | District to Serve<br>No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION. ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE | ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE<br>10-11-07 | TIME OF SERVICE<br>300 | ( ) AM<br>( ) PM. |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

| REMARKS: |
|---|
| The above Properties were seized on 8/24/2007. |