UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>    Plaintiff,        )<br>          )<br>v.        )<br>          )<br>ALL PROPERTY IN/UNDERLYING        )<br>E-GOLD ACCOUNT NUMBERS:        )<br>2636005, 2825136 AND 2828872,        )<br>    Defendant.        )<br>          ) | Civil Action No. 07-01346 (RMC) |

## NOTICE TO COURT

Plaintiff hereby informs the Court that it has been authorized by counsel for Claimant Legisi Holdings to inform the Court that the parties agree that claimant's motion to dismiss should be denied as moot. The United States Securities and Exchange Commission filed suit in the Eastern District of Michigan (08-cv-11887 (ED MI)). Alleging that Legisi operated as a fraud, the SEC secured appointment of a Receiver to collect Legisi's assets and to wind down its operations. Plaintiff will pursue with the Legisi Receiver a prompt resolution of this matter.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney

                 /s/
                _____
                WILLIAM R. COWDEN
                Assistant United States Attorney
                555 4th Street, N.W.
                Washington, DC 20530
                (202) 307-0258

## CERTIFICATE OF SERVICE

     I hereby certify that on this  2nd  day of August 2008, I caused a true and correct copy of the foregoing Notice to Court to be served upon counsel of record for claimant by means of the Court's Electronic Case Filing system.

                                            /s/
                                            William R. Cowden
                                            Assistant United States Attorney